IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-622-AP

CHERIE M. BARKER,
    Plaintiff,

    v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    James M. Anderson
    Anderson and Lopez, P.C.
    4905 N. Union Blvd., Suite 302
    Colorado Springs, CO 80918
    719-471-1818
    719-260-1098 (fax)
    jim@andersonandlopez.com

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    J.B.Garcia@usdoj.gov

    David I. Blower
    DAVID I. BLOWER
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 4169
    Denver, CO 80294-4003
    303-844-1571
    303-844-0770 (facsimile)
    David.blower@ssa.gov

**2.       STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under the Social Security Act, 42 U.S.C. § 405(g).

**3.       DATES OF FILING OF RELEVANT PLEADINGS**

     **A.       Date Complaint Was Filed:  February 27, 2014**

     **B.       Date Complaint Was Served on U.S. Attorney's Office:  March 3, 2014**

     **C.       Date Answer and Administrative Record Were Filed:  April 30, 2014**

**4.       STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.       STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.       STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.       OTHER MATTERS**

This case was previously remanded by District Judge William J. Martinez.  *See Barker v. Astrue*, 11-cv-2450-WJM.

**8.       BRIEFING SCHEDULE**

     **A.       Plaintiff's Opening Brief Due:        June 30, 2014**

     **B.       Defendant's Response Brief Due:      July 30, 2014**

     **C.       Plaintiff's Reply Brief (If Any) Due:  August 14, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement: Plaintiff does not request oral argument.

    B.     Defendant's Statement: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.     (X)    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 3rd day of June, 2014.

                                                      BY THE COURT:

                                                      *s/John L. Kane*
                                                      U.S. DISTRICT COURT JUDGE

APPROVED:

                                              UNITED STATES ATTORNEY
                                              John F. Walsh
                                              United States Attorney

| | |
|---|---|
| s/ James M. Anderson | By: s/ David I. Blower |
| Anderson and Lopez, P.C. | Special Assistant U.S. Attorney |
| 4905 N. Union Blvd., Suite 302 | 1961 Stout St., Suite 4169 |
| Colorado Springs, CO 80918 | Denver, CO 80294-4003 |
| 719-471-1818 | 303-844-1571 |
| 719-260-1098 (facsimile) | 303-844-0770 (facsimile) |
| jim@andersonandlopez.com | david.blower@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |