**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-00622-WJM

CHERIE M. BARKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on January 6, 2015,

    IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.

    IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant.

    Dated at Denver, Colorado this __6th__ day of January 2015.

                                       BY THE COURT:
                                       JEFFREY P. COLWELL, CLERK


                                       By: _s/Deborah Hansen_
                                       Deborah Hansen, Deputy Clerk